DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5 | 9 | 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P. MØLLER-MAERSK A/S, TRADING :
AS MAERSK LINE and MAERSK LINE A/S :
    Plaintiffs               :

          -against-        :

SAMRAT CONTAINER LINES, INC.,  :
    Defendant             :

          -against-        :

SAFEWATER LINES (I) PVT. LTD. and  :
SAFEWTAER LINES INDIA PVT. LTD.  :
    Third-Party Defendants    :

CASE NO. 1:17-cv-01355
(NRB) (JLC)

**ORDER**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

The Unopposed Motion for Leave to File Amended Complaint of Plaintiffs A.P. Møller -

Maersk A/S, trading as Maersk Line's and Maersk Line A/S ("Maersk") is GRANTED.

Maersk's First Amended Complaint attached to is motion for leave is deemed filed with the

Clerk of Court.

It is SO ORDERED.

SIGNED at New York, New York this ___ day of _____, 2017.

UNITED STATES DISTRICT JUDGE